**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (CA SBN 257074) (*pro hac vice application forthcoming*)
rclarkson@clarksonlawfirm.com
Zachary T. Chrzan (CA SBN 329159) (*pro hac vice application forthcoming*)
zchrzan@clarksonlawfirm.com
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

**MILLER SHAH LLP**
James C. Shah
jcshah@millershah.com
Natalie Finkelman Bennett
nfinkelman@millershah.com
2 Hudson Place, Suite 100
Hoboken, NJ 07030
Phone: (860) 540-5505
Fax: (860) 300-7367

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIM MANZOLILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No. 2:21-cv-00661-SDW-LDW<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Hon. Susan D. Wigenton U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J.<br><br>Action Filed:   January 13, 2021 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, as to all parties pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: April 20, 2021

        **MILLER SHAH LLP**

        /s/ James C. Shah
        James C. Shah
        Natalie Finkelman Bennett
        2 Hudson Place, Suite 100
        Hoboken, NJ 07030
        Phone: (860) 540-5505
        Email: nfinkelman@millershah.com
               jcshah@millershah.com

        **CLARKSON LAW FIRM, P.C.**
        Ryan J. Clarkson
        (phv. application to be filed)
        Zachary T. Chrzan
        (phv. Application to be filed)
        9255 Sunset Blvd., Suite 804
        Los Angeles, CA 90069

        Attorneys for Plaintiff

DATED: April 20, 2021

        **WINGET SPADAFORA & SCHWARTZBERG LLP**

        /s/ Robyn Silvermintz
        Robyn Silvermintz
        Silvermintz.r@wssllp.com
        65 East Route 4, Suite 201
        River Edge, NJ 07661
        Telephone: (908) 370-2497
        Facsimile: (973) 221-8200

        Counsel for Defendant Ontel Products Corporation

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: April 21, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          _/s/James C. Shah_